PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 4:23CR00097 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 2:25-cr-00341-GMN-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Samuel Alvarez-Morales<br>2901 South Sammy Davis Junior Drive<br>Las Vegas, Nevada  89109 | | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| Ann Marie McIff Allen |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 4/11/2025 | 4/9/2028 |

**OFFENSE**
Felon in Possession of Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ UTAH _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/17/2025
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 20, 2025
Effective Date

_[signature]_
United States District Judge